**Order entered December 20, 2018**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00744-CV

**LUCILA M. SAAVEDRA AND JOSE MANUEL SAAVEDRA, Appellants**

**V.**

**U.S. BANK, NA. SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-HW11, ASSET-BACKED CERTIFICATES SERIES 2004-HE11, BY AND THROUGH ITS SERVICER IN FACT, SELECT PORTFOLIO SERVICING, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12077**

## ORDER

The reporter's record in this appeal is past due. By order dated November 6, 2018, we extended the time to file the reporter's record until November 16, 2018 as requested by Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court. To date, Ms. Dobbins has not filed the reporter's record nor has she further corresponded with the Court regarding the reporter's record. Accordingly, we **ORDER** Vielica Dobbins to file the reporter's record within **FIFTEEN DAYS** of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE